IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:16cv554 |
| ROBERT STEVEN RICHARDSON, Defendant. | ) ) ) | |

## JUDGMENT ORDER

Upon consideration of the December 9, 2016 Report and Recommendation of the United States Magistrate Judge, no objections having been filed, and upon an independent *de novo* review of the record,

It is hereby **ORDERED** that the Court **ADOPTS** as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the December 9, 2016 Report and Recommendation.

Accordingly, it is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff, the United States of America, and against defendant, Robert Steven Richardson, for unpaid federal income taxes in the total amount of $1,286,008.13, plus statutory additions to tax accruing from May 23, 2016, and continuing until paid.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
December 28, 2016

/s/
T. S. Ellis, III
United States District Judge